COA # 11-12-00296-CR          OFFENSE: 22.011

STYLE: **Maurice Edward Lavoie v. The State of Texas**          COUNTY: Madison

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 12th District Court

DATE: 9/18/14          Publish: NO    TC CASE #:    10-11472-012-6

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Maurice Edward Lavoie v. The State of Texas**          CCA #: **PD-1424-14**

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____STRUCK,_____          JUDGE: _____

DATE: 02/11/2015          SIGNED: _____     PC: _____

JUDGE: _____          PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

**PRO SE PETITION**          JUDGE: _____

**FOR DISCRETIONARY REVIEW**

**IS REFUSED**          **ELECTRONIC RECORD**

**DATE 04/22/2015**

**JUDGE**